JOSEPH S. FAY, Respondent, *v.* SAMUEL ROBINSON et al., Appellants.

THOMAS FOLEY et al., Respondents, *v.* SAMUEL ROBINSON et al., Appellants.

Submitted January 17, 1938; decided March 8, 1938.

*Louis B. Boudin* and *Morris Shapiro* for appellants.

*Charles H. Tuttle* and *Thomas E. Kerwin* for respondents.

Judgments modified by striking therefrom the direction enjoining defendants from taking legal proceedings, and as so modified affirmed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.